STEVEN G. KALAR
Federal Public Defender
HANNI M. FAKHOURY
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500

Attorneys for DARNELL ZENO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 13-00751-YGR |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING RE RELEASE CONDITIONS TO JULY 6, 2016 |
| v. | ) ) | |
| DARNELL ZENO, | ) ) | Hearing Date: July 5, 2016 Time:            9:30 a.m. |
| Defendant. | ) ) ) | |

On June 20, 2016, the parties appeared before the Honorable Kandis A. Westmore for a status hearing regarding Mr. Zeno's release conditions. Mr. Zeno asked to continue the status hearing for two weeks so he could self-surrender in Santa Clara County on the criminal case that forms the basis of the pending Form 12 petition. The Court reset the status hearing for July 5, 2016. After the hearing, the parties learned Mr. Zeno's probation officer, Shaheen Shan, is unavailable on July 5. Therefore, the parties request the Court reset the status hearing to July 6, 2016 at 9:30 a.m. before the Honorable Donna M. Ryu.


DATED:     June 21, 2016                                           /S/
                                                        HANNI M. FAKHOURY
                                                        Assistant Federal Public Defender


DATED:     June 21, 2016                                           /S/
                                                        CHRISTINA M. MCCALL
                                                        Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[~~PROPOSED~~] ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby resets the status hearing from July 5, 2016 to July 6, 2016 at 9:30 a.m. before the Honorable Donna M. Ryu.

DATED: 6/23/16

*Kandis Westmore*
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge