STEVEN G. KALAR
Federal Public Defender
HANNI M. FAKHOURY
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500

Attorneys for DARNELL ZENO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>DARNELL ZENO,<br><br>               Defendant. | NO. 13-00751-YGR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE STATUS HEARING RE RELEASE CONDITIONS<br><br>Hearing Date: July 6, 2016<br>Time:            9:30 a.m. |

On June 20, 2016, the parties appeared for a status hearing regarding Mr. Zeno's release conditions. Mr. Zeno asked to continue the status hearing so he could self-surrender in Santa Clara County on the criminal case that forms the basis of the pending Form 12 petition. The Court set the status hearing for July 5, 2016 and then reset it for July 6, 2016. Since that appearance, Mr. Zeno self-surrendered to the Santa Clara County Sheriff, is currently in custody in the Santa Clara County jail and will be unable to appear in Court. The parties thus request the Court vacate the July 6, 2016 status hearing date. Should Mr. Zeno bail out of Santa Clara County jail and wish to seek review of his federal release conditions, he will contact the Court to have the matter placed on calendar.

DATED:     July 5, 2016                                              /S/
                                                                            HANNI M. FAKHOURY
                                                                            Assistant Federal Public Defender

DATED:     July 5, 2016                                              /S/
                                                                            CHRISTINA M. MCCALL
                                                                            Assistant United States Attorney

# [~~PROPOSED~~] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby vacates the status hearing set for July 6, 2016 at 9:30 a.m.

DATED: __7/5/16_____     _____
HONORABLE DONNA M. RYU
United States Magistrate Judge