| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | HANNI M. FAKHOURY |
| | Assistant Federal Public Defender |
| 3 | 1301 Clay Street, Suite 1350N |
| | Oakland, CA 94612 |
| 4 | Telephone: (510) 637-3500 |

Attorneys for DARNELL ZENO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 13-00751-YGR |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE TO ~~NOVEMBER 17, 2016~~ 11/16/16 at 9:30am |
| v. | |
| DARNELL ZENO, | Hearing Date: September 29, 2016 |
| Defendant. | Time: 3:00 p.m. |

Mr. Zeno is on supervised release following his conviction for possession with the intent to distribute crack cocaine in the Eastern District of California. On November 20, 2013, this Court accepted jurisdiction of Mr. Zeno. On March 29, 2016, the Probation office filed a Form 12 petition, alleging Mr. Zeno violated his supervised release by engaging in criminal activity related to an ongoing investigation into grand theft, identity theft and conspiracy. At the time of the first status hearing before this Court on June 16, 2016, criminal charges had recently been filed against Mr. Zeno in Santa Clara County and the District Attorney's office gave Mr. Zeno a few days to self-surrender. Mr. Zeno self-surrendered the following week and has remained in the custody of the Santa Clara County sheriff since that time and will likely be unable to appear in Court for the currently scheduled status conference on September 29, 2016. More specifically, it is defense counsel's understanding that Mr. Zeno's case is currently proceeding towards a jury trial, though of course that can change in the future.

Because the supervised release violation in this case stems from the state case pending in Santa Clara County, the parties request additional time to see what the outcome of the state case is before proceeding on this supervised release revocation case. Therefore, the parties request this Court continue the supervised release revocation proceedings to November 17, 2016 at 2:00 p.m. The parties agree that the Speedy Trial Act does not apply because this is a supervised release revocation proceeding. Mr. Zeno's assigned probation officer, Shaheen Shan, agrees with this request.

DATED:    August 29, 2016                                    /S/
HANNI M. FAKHOURY
Assistant Federal Public Defender

DATED:    August 29, 2016                                    /S/
CHRISTINA M. MCCALL
Assistant United States Attorney

# [~~PROPOSED~~] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby resets the status hearing date from September 29, 2016 at 3:00 p.m. to specially set date of **WEDNESDAY, November 16, 2016 at 9:30am**.

DATED: September 6, 2016

HONORABLE YVONNE GONZALEZ ROGERS
United States District Judge