STEVEN G. KALAR
Federal Public Defender
HANNI FAKHOURY
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone:    (510) 637-3500
Facsimile:     (510) 637-3507
Email: Hanni_Fakhoury@fd.org

Attorneys for Darnell Zeno

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 13-751-YGR |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE *MODIFIED* |
| v. | Date: March 23, 2017 |
| DARNELL ZENO, | Time: 10:00 a.m. |
| Defendant. | |

  Mr. Zeno is on supervised release following his conviction for possession with the intent to distribute crack cocaine in the Eastern District of California. On November 20, 2013, this Court accepted jurisdiction of Mr. Zeno. On March 29, 2016, the Probation office filed a Form 12 petition, alleging Mr. Zeno violated his supervised release by engaging in criminal activity related to an ongoing investigation into grand theft, identity theft and conspiracy. At the time of the first status hearing before this Court on June 16, 2016, criminal charges had recently been filed against Mr. Zeno in Santa Clara County and the District Attorney's office gave Mr. Zeno a few days to self-surrender. Mr. Zeno self-surrendered the following week and has remained in the custody of the Santa Clara County sheriff since that time. Mr. Zeno has pleaded guilty to the charges and was sentenced to a two-year prison term on December 8, 2016. However, Mr. Zeno is serving his sentence at the Santa Clara County jail, and not at a California Department of Corrections and Rehabilitation facility.

  In February 2017, Mr. Zeno was accepted into Santa Clara County's Custody Alternative

1  Supervision Program (CASP), and is currently participating in an in custody drug treatment program.
2  His current release date from the program and his state sentence is June 23, 2017.  Because the
3  supervised release violation in this case stems from the pending state case, the parties request
4  additional time to see how Mr. Zeno performs in the program, as that may ultimately affect the
5  sentencing proposals the parties recommend to the Court.

6  Therefore, the parties request this Court continue the supervised release revocation proceedings
7  to June 29, 2017 at 2:00 p.m.  The parties agree that the Speedy Trial Act does not apply because this
8  is a supervised release revocation proceeding.  Mr. Zeno's assigned probation officer, Shaheen Shan,
9  agrees with this request.

DATED:      March 8, 2017                    /s/
                                             HANNI M. FAKHOURY
                                             Assistant Federal Public Defender

DATED:      March 8, 2017                    /s/
                                             CHRISTINA M. MCCALL
                                             Assistant United States Attorney

## [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby resets the status hearing date from March 23, 2017 at 10:00 a.m. **JULY 13, 2017 at 2:00 p.m.**

**IT IS SO ORDERED.**

DATED: March 8, 2017

_____
HONORABLE YVONNE GONZALEZ ROGERS
United States District Judge